I have a pile of papers open, if you want to get them. In Italy, we have to say it the way you said it. The only reason I reserved that time is that essentially it's a pretty straightforward argument I have to make.